UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROOSEVELT TRUVILLION,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

CASE NO. C18-1450-MAT

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(1) The Clerk is directed to send a copy of this Order to *pro se* plaintiff; and

(2) The Clerk is directed to send to plaintiff a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 10th day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN FORMA
PAUPERIS
PAGE - 1